THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HEYWOOD ALLEN, Appellant. [639 NYS2d 691]

We find nothing in the plea minutes to engender significant doubt as to the voluntariness or sufficiency of defendant's plea. Accordingly, since defendant never challenged the validity of his plea allocution in the trial court, his appellate challenge thereto is unpreserved as a matter of law (*People v Toxey*, 86 NY2d 725), and we decline to review it in the interest of justice. Concur—Sullivan, J. P., Rosenberger, Ross, Williams and Tom, JJ.